J-S32011-25

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| ANGEL ENRIQUE CRUZ-ZAMBRANA | : | |
| | : | |
| Appellant | : | No. 157 MDA 2025 |

Appeal from the Judgment of Sentence Entered December 18, 2024
In the Court of Common Pleas of Berks County Criminal Division at
No(s):  CP-06-CR-0004047-2023

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| ANGEL ENRIQUE CRUZ-ZAMBRANA | : | |
| | : | |
| Appellant | : | No. 165 MDA 2025 |

Appeal from the Judgment of Sentence Entered December 18, 2024
In the Court of Common Pleas of Berks County Criminal Division at
No(s):  CP-06-CR-0003932-2023

BEFORE:   LAZARUS, P.J., KUNSELMAN, J., and STEVENS, P.J.E.[*]

JUDGMENT ORDER BY LAZARUS, P.J.:          **FILED: MARCH 3, 2026**

Angel Enrique Cruz-Zambrana appeals *pro se* from the judgments of

sentence,[1] entered in the Court of Common Pleas of Berks County, following

---

[*] Former Justice specially assigned to the Superior Court.

[1] On June 17, 2025, this Court consolidated Cruz-Zambrana's appeals *sua sponte*.  **See** Pa.R.A.P. 513.

his convictions at Docket Number CP-06-CR-0004047-2023 of robbery and firearm offenses and at Docket Number CP-06-CR-0003932-2023 of firearm and flight to avoid apprehension offenses. Upon review, we dismiss this appeal.

This case returns to us after remand whereupon Cruz-Zambrana waived his right to counsel and opted to proceed *pro se*. On November 19, 2025, this Court issued an order directing Cruz-Zambrana to file a supplemental Pa.R.A.P. 1925(b) concise statement of errors complained of on appeal and for the trial court to file a responsive Rule 1925(a) opinion. **See** Order, 11/18/25, at 1-2.[2] After receiving the trial court's opinion, Cruz-Zambrana was given 30 days to file his appellate brief. **See id.**

On November 29, 2025, Cruz-Zambrana timely filed his *pro se* supplemental Rule 1925(b) concise statement of errors complained of on appeal. On December 15, 2025, the trial court filed its responsive Rule 1925(a) opinion and, on December 16, 2025, furnished a copy to Cruz-Zambrana. However, Cruz-Zambrana has failed to file an appellate brief within 30 days of the issuance of the trial court opinion. **See** Order, 11/18/25, at 1-2. Thus, we dismiss the appeal.

Appeal dismissed.

_____

[2] On November 19, 2025, this Court also issued this order in Spanish as Cruz-Zambrana had indicated in prior filings that Spanish is his primary language. **See** Order, 11/19/25, at 1-2.

Judgment Entered.

Benjamin D. Kohler, Esq.
Prothonotary


Date: <u>3/3/2026</u>